IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES R. LUSTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-CV-663-MJR |
| | ) |
| CITY OF LEBANON, et al., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter if before the Court on the Motion for Leave to File First Amended Complaint filed by the plaintiff, Charles R. Luster, on June 11, 2005. This motion is **DENIED WITHOUT PREJUDICE**. The plaintiff is directed to SDIL-LR 15.1.

**DATED: June 15, 2005.**

                                        **s/ Donald G. Wilkerson**
                                        **DONALD G. WILKERSON**
                                        **United States Magistrate Judge**