IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHARLES R. LUSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  3:04-cv-663-MJR |
| | ) | |
| CITY OF LEBANON ILLINOIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on a discovery dispute between the parties.  The parties

dispute interrogatories #2 and #3 in Plaintiff's Interrogatories on Financial Information to

Defendant, Douglas Lebert and Plaintiff's Interrogatories on Financial Information to Defendant,

Michael Chavez.  A telephonic conference was held regarding the discovery dispute on August

25, 2005.  Thomas Maag appeared for the plaintiff.  Charles Pierce appeared for the defendants.

The Court took the discovery dispute under advisement.

 The Court rules as follows:

Interrogatory #2 is **STRICKEN** and shall be **REPLACED** as follows:

> List the fair market value of all personal property you have
> a legal interest in.

Interrogatory #3 is **STRICKEN** to the extent that it requests information regarding an

IRA Retirement Account and the Illinois Municipal Retirement Fund Pension.  Under Illinois

law, a debtor's interest in or right to amounts from a retirement plan  is exempt from judgment,

attachment, and  seizure to satisfy a debt if,  . . ."the plan (1) is intended in good faith to qualify

as a retirement plan under the applicable provisions of the Internal Revenue Code of 1986 . . .  or

(2)  is a public employee pension plan created under the Illinois Pension Code. . . .”  735 ILL.

COMP.  STAT.  5/12-1006 (2003).   Federal Rule of Civil Procedure 26 (b) (1) states:

> parties may obtain discovery regarding any matter, not privileged,
> that is relevant to the claim or defense of any party. . . . Relevant
> information need not be admissible at the trial if the discovery
> appears reasonably calculated to lead to the discovery of
> admissible evidence.

 As plaintiff has presented no evidence that defendants’ plans are not intended  in good faith to

qualify as a retirement plan, the Court finds that it is not relevant to a claim or defense in this

lawsuit and will not lead to evidence which appears reasonably calculated to lead to discovery of

admissible evidence.

**DATED: August 31, 2005.**

**s/ Donald G. Wilkerson**
**DONALD G. WILKERSON**
**United States Magistrate Judge**
