IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHARLES B. LUSTER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 04-cv-0663-MJR |
| | ) |
| **CITY OF LEBANON, ILLINOIS,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM and ORDER

**REAGAN, District Judge:**

On August 31, 2005, United States Magistrate Judge Donald G. Wilkerson issued an Order ruling on a discovery dispute (specifically relating to interrogatories on financial information). That Order, *inter alia*, struck two of Plaintiff Luster's interrogatories and concluded that certain requested information was "not relevant to a claim or defense in this lawsuit" and was not "reasonably calculated to lead to discovery of admissible evidence" (Doc. 94).

On September 12, 2005, Luster appealed Judge Wilkerson's ruling to the undersigned District Judge. Luster asks the Court to (a) vacate the portion of Judge Wilkerson's Order which addressed Interrogatory #3 and (b) order two of the named Defendants to disclose "all retirement type plans, or other accounts or funds" and their dollar values (Doc. 101, p. 6).

**SOUTHERN DISTRICT OF ILLINOIS LOCAL RULE 73.1(a)** authorizes any party to appeal a Magistrate Judge's Order regarding a non-dispositive matter to the District Judge assigned to the case, by filing an appeal within 10 days after issuance of the Magistrate Judge's Order. The challenged Order was issued on August 31st. Luster filed his appeal within ten days – calculated pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 6(a)**.

Local Rule 73.1 provides that, as to an appeal properly filed, the District Judge shall reconsider the matter and "set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law." Having carefully considered Luster's appeal, the undersigned Judge finds no portion of Magistrate Judge Wilkerson's Order to be clearly erroneous or contrary to law. Accordingly, the Court **AFFIRMS** Magistrate Judge Wilkerson's August 31st ruling and **REJECTS** Luster's appeal (Doc. 101).

**IT IS SO ORDERED.**

**DATED this 27th day of September, 2005.**

    **s/ Michael J. Reagan**
    **MICHAEL J. REAGAN**
    **United States District Judge**