IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHARLES R. LUSTER,** )<br>)<br>　　　　　**Plaintiff,** )<br>)<br>vs. )<br>)<br>**CITY OF LEBANON, ILLINOIS,** )<br>**MICHAEL CHAVEZ,** )<br>*individually and in his capacity as a* )<br>*Police Officer with the City of Lebanon* )<br>*Police Department*, **THOMAS PETERS,** )<br>*individually and in his capacity as a Police* )<br>*Officer with the City of Lebanon Police* )<br>*Department,* )<br>)<br>　　　　　**Defendants.** ) | Case No. 04-cv-0663-MJR |

## ORDER REGARDING SETTLEMENT AND IMPENDING DISMISSAL

**REAGAN, District Judge:**

　　Having been advised by Magistrate Judge Wilkerson that this action has been settled in its entirety (*see* Doc. 171) but that additional time is needed to finalize the settlement documents, the undersigned District Judge hereby **DIRECTS** the Clerk of Court, 60 days after this Order is docketed, to **ENTER JUDGMENT OF DISMISSAL** with prejudice. Each party shall bear his or its own costs, unless otherwise provided in the settlement documents.

　　If the parties fail to finalize the settlement within the 60-day period, they may – <u>before</u> that period expires – move to postpone entry of judgment to a later date. Due to the settlement, the Court **DENIES AS MOOT** all pending motions (Docs. 131, 157, 161, 163, 168) and **CANCELS** all settings herein. This Order does not alleviate defense counsel from responding to this Court's Order to show cause (Doc. 159).

　　**IT IS SO ORDERED.**

　　**DATED this 22nd day of January, 2007.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**s/Michael J. Reagan**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**MICHAEL J. REAGAN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**