✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   ILLINOIS

Charles R. Luster,
  Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

City of Lebanon, IL, et al.,
  Defendants.

Case Number:   04-CV-0663-MJR

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
this matter is dismissed with prejudice.

March 23, 2007                                                                         NORBERT G. JAWORSKI
Date                                                                                               Clerk

                                                                                                       s/Annie McGraw
                                                                                                       (By) Deputy Clerk